UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61582-CIV-ZLOCH

HILLARIE JOHNSON,

    Plaintiff,

vs.                                         **O R D E R**

MENZIES AVIATION, INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon the Joint Motion For Court Approval Of Agreement And Entry Of Stipulated Judgment (DE 19). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

The Court notes that in the instant Settlement Agreement (DE 19, Ex. A), Plaintiff is to receive a total of $2,000, while Plaintiff's Counsel is to receive $4,000. In response to this Court's prior Order (DE 3), Plaintiff previously filed a Statement Of Claim alleging overtime wages in excess of $13,000. See DE 4. The Court directs the Parties to file a detailed explanation of how the settlement of the above-styled cause was reached. In particular, the Parties shall describe considerations went into arriving at the figures contained in the Settlement Agreement. Further, Counsel for Plaintiff are directed to show the basis of their entitlement to $4,000 in attorney's fees.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before <u>noon</u> on <u>Tuesday, April 15, 2008</u>, the Parties shall file a Memorandum addressing the above-referenced information.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this <u>  10th  </u> day of April, 2008.

                                 WILLIAM J. ZLOCH
                                 United States District Judge

Copies furnished:

All Counsel of Record