```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-61582-CIV-ZLOCH
```

HILLARIE JOHNSON,

      Plaintiff,

vs.                                            **FINAL ORDER OF DISMISSAL**

MENZIES AVIATION, INC.,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Court Approval Of Agreement And Entry Of Stipulated Judgment (DE 19), which the Court construes as a Stipulation For Dismissal With Prejudice. The Court has carefully reviewed said Stipulation and the entire court file and is otherwise fully advised in the premises.

    The Court has scrutinized the terms of the Parties' settlement agreement for fairness, and finds that it is in accord with the requirements set out in <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1353 (11th Cir. 1982).

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Court Approval Of Agreement And Entry Of Stipulated Judgment (DE 19), which the Court construes as a Stipulation For Dismissal With Prejudice, be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby

**DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___2nd___ day of May, 2008.

                                                    _____
                                                    WILLIAM J. ZLOCH
                                                    United States District Judge

Copies furnished:

All Counsel of Record